IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DARREYLL T. THOMAS,

    Plaintiff,

v.

MICHAEL REESE, ROBIN HAMPTON,
ROB VAN NORMAN, CHRISTOPHER
LARSH, DANE COUNTY JAIL
ADMINISTRATOR, and JOHN DOES 1-5,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-597-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/02/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |