DOC NO
REC'D/FILED
2014 OCT 29 AM 10:19
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
File Number 13-cv-597-wmc

Darreyll T. Thomas,
    Plaintiff,

V.

Micheal Reese et. al.,
    Defendants',

## NOTICE OF APPEAL

Notice is hereby given that Darreyll Tarone Thomas (Plaintiff), in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit (from final judgment)(from an order(dismissing plaintiffs' motion to re-open case, without a **Pavey** hearing, on the grounds that plaintiffs' motion failed to exhaust available administrative remedies)) entered in this action on the 2nd, and 15th day of October 2014.

Dated 10·27·2014

Respectfully Submitted,

X _____
Darreyll T. Thomas, 442896
Columbia Corr. Inst.
P. O. Box. 900
Portage, Wisconsin 53901-0900