IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARREYLL T. THOMAS,

      Plaintiff,

v.

MICHAEL REESE, ROBIN HAMPTON,
ROB VAN NORMAN, CHRISTOPHER
LARSH, JONATHAN TRIGGS and
CINDY SCHULLER,

      Defendants.

FINAL JUDGMENT
IN A CIVIL CASE

Case No. 13-cv-597-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice in accordance with the terms of the mediation agreement signed by the parties.

/s/                                                            4/3/2017

Peter Oppeneer, Clerk of Court                    Date