UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Darreyll T. Thomas,
    Plaintiff,

V.                                        case no. 13-cv-597-wmc

Micheal Reese et. al.,
    Defendant's,

## Plaintiff Darreyll T. Thomas' Notice of Appeal

**NOW MOVES**, Darreyll Tarone Thomas, Plaintiff, for appeal regarding and pertaining to the erroneous dismissal of *summary judgment* in violation of Rule 56 (c), Fed. R. Civ. P. and for the erroneous denial for *leave to amend* Plaintiffs' complaint; in violation of Rule 15 (c).

Plaintiffs' Brief In Opposition of Defendant's Motion to Enforce Settlement {Dkt. # 151}, laid the foundation in and with sufficiently showing that "recruited counsel's" action's demonstrated fraudulent misrepresentation; as Plaintiff:

- Never viewed the video footage of the July 28th, 2012 incident; due to emotional and psychological ramification's {See Dkt. # 127; Plaintiffs' Ex. 28}

- Asked said "counsel" whether any persons on the video footage could be identified, and

- Ultimately had to "hear" through the mediator after signature of Plaintiff that at least two faces were and/or; that there were plausible or attainable witnesses to the incident in question

**This is fraudulent concealment by it's very definition.**

1

Plaintiff, Darreyll Tarone Thomas {Hereinafter "Thomas"}, propound and under oath has served said notice and five hundred and five dollar filing fee on the court and seeks said appeal in good-faith.

Mr. Peter Oppeneer, Deputy Clerk of Court
United States District Court
Western District of Wisconsin
120 North Henry Street; Room 320
Madison, Wisconsin 53703

Dated: April 6th, 2017

cc. File
Ann C. Emmerich

Respectfully Submitted,

Mr. Darreyll T. Thomas; Pro Se'

Mr. Darreyll Tarone Thomas-442896
Redgranite Correctional Institution
Post Office Box-900
Redgranite, Wisconsin 54970

DOC NO
REC'D/FILED
2017 APR 10 AM 11: 50
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Mr. Peter Oppeneer, Deputy Clerk of Court
United States District Court
Western District of Wisconsin
120 North Henry Street; Room 320
Madison, Wisconsin 53703

---

### Certificate of Service

---

Dear Mr. Oppeneer

Enclosed please find:

- **Plaintiffs' Notice of Appeal and Five Hundred and Five Dollar filing Fee**

**FURTHER,** Plaintiff has served a true and correct copy of said Notice of Appeal on Defendant's Counsel at the address listed below.

Mrs. Ann C. Emmerich- 1018014
[Of] Bell, Moore & Richter, S.C.
345 West Washington Avenue; Suite 302
Madison, Wisconsin 53703

Dated: April 6th, 2017

Respectfully Submitted,

Mr. Darreyll Tarone Thomas; Pro Se'

3

Mr. Darrell Frances - 442896
Redgranite Correctional Institution
P.O. Box 925
Redgranite, Wisconsin 54970

MILWAUKEE WI 530
28 APR 2017 PM 4 L

FOREVER USA
Bank Swallow

Mr. Peter Oppeneer, Deputy Clerk of Court
United States District Court
Western District of Wisconsin
120 N. Henry Street, Room 320
Madison, Wisconsin 53703

53703-430499